**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **SHERRY LYNN OSBORNE and BARREY A. BENNETT a/k/a BARRY BENNETT,** <br><br> Defendants. | Case No. 7:12-CR-37 (HL) |

**ORDER**

On September 6, 2013, the Court received a letter from counsel for Defendant Osborne requesting that her voluntary report date be extended for 30 days. The request is denied. While the Court is sympathetic to Defendant Osborne's plight, the Court believes she has had sufficient time to get her affairs in order. There appears to be no reason why Defendant cannot resolve at least some of the outstanding issues prior to her report date. Defendant Osborne is to report on September 13, 2013 to begin her sentence.

Any future requests for relief must come in the form of a motion. The Court will not consider any other letters.

**SO ORDERED,** this 6th day of August, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh